UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 17, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JENNY CHU, ) <br> ) <br> Defendant. ) | Case No. 2:18CR00134-MCE-2 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __JENNY CHU__ , Case No. __2:18CR00134-MCE-2__ , Charge __21USC § 846, 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__　__　Release on Personal Recognizance

　　__　__　Bail Posted in the Sum of $_____

　　　　__　__　Unsecured Appearance Bond $_____

　　　　__　__　Appearance Bond with 10% Deposit

　　　　__　__　Appearance Bond with Surety

　　　　__　__　Corporate Surety Bail Bond

　　__✔__　(Other)　　__Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __July 17, 2018__ at __2:00 pm__ .

　　　　　　　　　　　　By　/s/ Allison Claire/s/ Allison Claire
　　　　　　　　　　　　　　Allison Claire
　　　　　　　　　　　　　　United States Magistrate Judge

Copy 2 - Court