CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
520 Capitol Mall, Suite 750
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorney for Defendant JENNY CHU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNY CHU<br><br>Defendant. | No. 2:18-CR-00134-MCE<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

    Candice L. Fields, retained counsel, seeks a consent order granting substitution of attorney, and the defendant has requested that the Court appoint an attorney to represent her pursuant to the Criminal Justice Act. The attached Financial Affidavit In Support of Request For Attorney without Payment of Fee appears to qualify her for appointed counsel.

///
///
///
///
///
///

Accordingly, the Substitution of Attorney is granted; Philip Cozens is hereby appointed to represent the defendant pursuant to the Criminal Justice Act.

IT IS SO ORDERED.

Dated: August 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -
ORDER GRANTING SUBSTITUTION OF COUNSEL